**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: : Chapter 13

Paul G. McLaughlin : Bankruptcy 11–16474–sr

**NOTICE**

To the debtor (s), debtor's counsel, U.S. Trustee and Standing Trustee

NOTICE is hereby given that:

1. In accordance with this court's random assignment procedure, this matter has been assigned to the Honorable Bruce I. Fox

2. It is noted in the petition that the above debtor (s) had filed a prior case that was assigned to the Honorable Stephen Raslavich

3. This matter has been reassigned to the Honorable Stephen Raslavich

For the Court

Date: August 19, 2011　　　　　　　　　　　　　　　Timothy B. McGrath
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court