UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

PAUL G. MC LAUGHLIN : Bankruptcy No. 11-16474SR

Debtor(s) : Chapter 13

ORDER

AND NOW, this 7th day of Dec, 2011, after notice and hearing, the above-captioned case is hereby Dismissed with Prejudice and debtor is barred from filing another bankruptcy case, either individually or jointly with a spouse, without prior leave of Court.

FOR THE COURT

Chief Judge Stephen Raslavich

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410

Daniel W. McCartney, Jr., Esq.
1 E. Airy Street
Norristown, PA 19401

Paul G. McLaughlin
1124 Miller Road
Pottstown, PA 19465

Interested parties continued on next page.

Interested parties continued:

George M. Conway, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107